UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | SA CV 07-837 AHS |
| | ) | SA CR 03-029 AHS |
| Respondent/Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR CERTIFICATE OF |
| MY-HUONG THI HOANG, | ) | APPEALABILITY |
| | ) | |
| Petitioner/Defendant. | ) | |
| | ) | |
| | ) | |

On March 21, 2008, the Court denied petitioner My-Huong Thi Hoang's ("petitioner") Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255.  On May 8, 2008, petitioner filed a Motion for a Certificate of Appealability.

The Court reviews a Motion for a Certificate of Appealability under 28 U.S.C. § 2253(c).  A certificate of appealability is granted only if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

To make this substantial showing, a petitioner must show "at least, that jurists of reason would find it debatable

whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000).

Petitioner has failed to make a substantial showing of the denial of a constitutional right. "[J]urists of reason" would not disagree with the Court's finding that the failure to object by petitioner's trial counsel to the introduction of exhibits with nonsubstantive modifications amounted to a Sixth Amendment violation of the right to effective counsel. (See Court's Order of March 21, 2008, at 3). Accordingly, the Court denies the request for a certificate of appealability pursuant to 28 U.S.C. § 2253.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on petitioner at her last known place of incarceration and counsel for all parties in this action.

DATED: June 5, 2008.

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE